# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8575 PA (SSx) | Date | January 7, 2015 |
|---|---|---|---|
| Title | United States of America v. Mark L. Crumpacker, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Julieta Lozano | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER TO SHOW CAUSE

The Court is in receipt of an Answer filed by Robert Winston ("Mr. Winston"), a "pro se defendant." (Docket No. 8.) Winston is not named as a defendant, but notes in his Answer that he "was the Overseer of the VOICE OF TRUTH AND LIGHT SOCIETY," an entity named as a defendant in this matter. Pursuant to Local Rule 83-2.2.2, "Only individuals may represent themselves *pro se*. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1." To the extent that the Answer purports to be filed by Mr. Winston on behalf of Voice of Truth and Light Society, the Answer is improper under the Local Rules.

Therefore, the Court orders Voice of Truth and Light Society to show cause in writing no later than January 30, 2015, why its Answer should not be stricken and its default entered. A substitution of attorney appointing counsel for Voice of Truth and Light Society shall be deemed an appropriate response to this Order to Show Cause. If, however, Voice of Truth and Light Society does not adequately respond to the Order to Show Cause by January 30, 2015, its Answer may be stricken and its default entered without further warning.

IT IS SO ORDERED.